# STAMPUR & ROTH
## ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

April 1, 2021

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Kevin Melendez*, 19 Cr. 795 (SHS)

Dear Judge Stein:

I write to respectfully request an adjournment of Mr. Melendez's sentence proceeding now scheduled for April 15, 2021 until June 23, 2021 at 11:00 AM.

This request is made in order to complete my sentencing submission and to gather records pertinent to Mr. Melendez's sentencing.

AUSA's Adam Hobson and Frank Balsamello have no objection to this request.

Very truly yours,

William J. Stampur

cc:   AUSA Adam Hobson
      AUSA Frank Balsamello

**The sentencing is adjourned to June 23, 2021, at 11:00 a.m. Defense submissions are due by June 9, 2021, the government's submissions are due by June 16, 2021.**

Dated:  New York, New York
        April 1, 2021

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.

WS/Melendez/Rqst for Sent Adj