## STAMPUR & ROTH
ATTORNEYS AT LAW

WILLIAM J. STAMPUR
JAMES ROTH

299 BROADWAY, SUITE 800
NEW YORK, N.Y. 10007

(212) 619-4240
FAX (212) 619-6743

July 1, 2021

**MEMO ENDORSED**

**By ECF**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Kevin Melendez, at al.,* **19 Cr. 795 (SHS)**

Dear Judge Stein:

I write to respectfully request an adjournment of Mr. Melendez's sentencing now scheduled for July 23, 2021 until the week of September 20, 2021, more specifically, either September 20, 23, 24 or the following week, 27 or 28.

This request is made to allow counsel to continue to collect documents pertinent to Mr. Melendez's sentencing. I have consulted with AUSA Frank Balsamello and he consents to this request.

Thank you for your attention to this matter.

Very truly yours,

*William J. Stampur*

William J. Stampur

cc: AUSA Frank Balsamello (By ECF)
AUSA Adam Hobson (By ECF)

**The sentencing is adjourned to September 20, 2021, at 4:00 p.m. The defense submissions are due by September 6, the government submissions are due by September 13.**

Dated: New York, New York
July 6, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.

WS/Melendez/Adj Rqst Sent 3